IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| LUXOTTICA GROUP S.P.A., OAKLEY, INC., AND COSTA DEL MAR, INC., <br><br> Plaintiffs, <br><br> v. <br><br> MINGTIANN, et al., <br><br> Defendants. | Case No. 24-cv-00018 <br><br> **Judge Jeremy C. Daniel** <br><br> **Magistrate Judge Gabriel A. Fuentes** |

**PLAINTIFFS' MOTION FOR ENTRY OF DEFAULT AND DEFAULT JUDGMENT
AS TO ALL REMAINING DEFENDANTS,
<u>WITH THE EXCEPTION OF DEFENDANT NO. 87</u>**

Plaintiffs Luxottica Group S.p.A., Oakley, Inc., and Costa Del Mar, Inc. (collectively, "Plaintiffs"), by their counsel, move this Honorable Court to enter Default and Default Judgment against all Defendants remaining in this case, with the exception of Defendant WYHTE (Defendant No. 87).[1] In support of this Motion, Plaintiffs submit the accompanying Memorandum and a further Declaration of Justin R. Gaudio.

---

[1] A current version of Schedule A is attached to Plaintiff's Memorandum as **Exhibit 1**.

1

Dated this 27th day of February 2024.      Respectfully submitted,

/s/ Berel Y. Lakovitsky
Amy C. Ziegler
Justin R. Gaudio
Berel Y. Lakovitsky
Thomas J. Juettner
Greer, Burns & Crain, Ltd.
300 South Wacker Drive, Suite 2500
Chicago, Illinois 60606
312.360.0080 / 312.360.9315 (facsimile)
aziegler@gbc.law
jgaudio@gbc.law
blakovitsky@gbc.law
tjjuettner@gbc.law

*Counsel for Plaintiffs Luxottica Group S.p.A., Oakley, Inc., and Costa Del Mar, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 27th day of February 2024, I will electronically file the foregoing with the Clerk of the Court using the CM/ECF system, I will electronically publish the documents on a website, and I will send an e-mail to the e-mail addresses identified in Exhibit A attached hereto that includes a link to said website.

/s/ Berel Y. Lakovitsky
Amy C. Ziegler
Justin R. Gaudio
Berel Y. Lakovitsky
Thomas J. Juettner
Greer, Burns & Crain, Ltd.
300 South Wacker Drive, Suite 2500
Chicago, Illinois 60606
312.360.0080 / 312.360.9315 (facsimile)
aziegler@gbc.law
jgaudio@gbc.law
blakovitsky@gbc.law
tjjuettner@gbc.law

*Counsel for Plaintiffs Luxottica Group S.p.A., Oakley, Inc., and Costa Del Mar, Inc.*