# Exhibit 1

**Luxottica Group S.p.A., Oakley, Inc., and Costa Del Mar, Inc. v. MINGTIANN, et al. - Case No. 24-cv-00018**

# Schedule A

## Defendant Online Marketplaces

| No | URL | Name / Seller Alias |
|----|-----|---------------------|
| 1 | amazon.com/sp?seller=A2ACS0VF47HHPP | MINGTIANN |
| 2 | amazon.com/sp?seller=A2EUOV4RDZ6E5F | shengjundianzishangwuyouxiangongsi |
| 3 | amazon.com/sp?seller=A134V0C1U4M9R0 | SuZiXuanMax |
| 4 | amazon.com/sp?seller=A2SKS8LJKIJLMQ | Wangchengyongs |
| 5 | amazon.com/sp?seller=A2H0B3T5EF2M97 | zhijiangshipeicangshangmaoyouxiangongsi |
| 6 | dhgate.com/store/21865416 | brand__sunglasses |
| 7 | dhgate.com/store/21897894 | channel_sunglasses |
| 8 | dhgate.com/store/21863571 | cheng8982023 |
| 9 | dhgate.com/store/21889183 | designer_fashionx |
| 10 | dhgate.com/store/21896553 | designeroff88 |
| 11 | dhgate.com/store/20974911 | dg1888 |
| 12 | dhgate.com/store/21896547 | discountstore25 |
| 13 | dhgate.com/store/21229022 | fashion_lucky_love |
| 14 | dhgate.com/store/21867018 | fashionhouse1220 |
| 15 | dhgate.com/store/21882688 | fashiontaotaotao139 |
| 16 | dhgate.com/store/21905144 | fashiontop168 |
| 17 | dhgate.com/store/21900953 | fashionvip5188 |
| 18 | dhgate.com/store/21902008 | feiyunlai1688vip |
| 19 | dhgate.com/store/21896246 | fff998 |
| 20 | dhgate.com/store/21889684 | glassess1 |
| 21 | dhgate.com/store/21898431 | guccshoes888888 |
| 22 | dhgate.com/store/21818985 | gwla |
| 23 | dhgate.com/store/21896556 | hotouyodhvip |
| 24 | dhgate.com/store/21879227 | iphone_prada |
| 25 | dhgate.com/store/21880854 | jewelry_0000 |
| 26 | dhgate.com/store/21897554 | jewelry_guguc |
| 27 | dhgate.com/store/21904848 | linzhiqiang1 |
| 28 | dhgate.com/store/21884082 | lululemens001 |
| 29 | dhgate.com/store/21894073 | luxury_wholesalehat4 |
| 30 | dhgate.com/store/21905952 | mmm991 |
| 31 | dhgate.com/store/21908401 | necklace2 |
| 32 | dhgate.com/store/21583116 | nickyoung08 |
| 33 | dhgate.com/store/21899400 | off_sunglasses |
| 34 | dhgate.com/store/21896372 | pradaa_sunglasses |

| 35 | dhgate.com/store/21903804 | rayban_glasses |
|---|---|---|
| 36 | dhgate.com/store/21899024 | raybans2 |
| 37 | dhgate.com/store/21898326 | raybans2023 |
| 38 | dhgate.com/store/21899447 | raysbans2026 |
| 39 | dhgate.com/store/21908402 | ring3 |
| 40 | dhgate.com/store/21756173 | sacoches |
| 41 | dhgate.com/store/21749018 | shipingzhubao |
| 42 | dhgate.com/store/21903195 | skyfly2525 |
| 43 | dhgate.com/store/21897337 | sunglass_pa |
| 44 | dhgate.com/store/21897777 | sunglass_store518 |
| 45 | dhgate.com/store/21897775 | sunglass_store778 |
| 46 | dhgate.com/store/21889503 | sunglasses68 |
| 47 | dhgate.com/store/21800925 | tnwv |
| 48 | dhgate.com/store/21906401 | tongtongkl |
| 49 | dhgate.com/store/21910596 | vipcool |
| 50 | dhgate.com/store/21905747 | x_sunglasses |
| 51 | dhgate.com/store/21875723 | xiuxianfu1 |
| 52 | dhgate.com/store/21897490 | zgzeaou |
| 53 | dhgate.com/store/21899445 | zhangmao01 |
| 54 | dhgate.com/store/21908446 | zlili1258 |
| 55 | ebay.com/usr/aexr_39 | aexr_39 |
| 56 | ebay.com/usr/batmax-official-store | batmax-official-store |
| 57 | ebay.com/usr/dfeng2017 | dfeng2017 |
| 58 | ebay.com/usr/dxicr-65 | dxicr-65 |
| 59 | ebay.com/usr/fkeht47 | fkeht47 |
| 60 | ebay.com/usr/haofeng06 | haofeng06 |
| 61 | ebay.com/usr/henisha-91 | henisha-91 |
| 62 | ebay.com/usr/hpdrj_65 | hpdrj_65 |
| 63 | ebay.com/usr/jxlc-001 | jxlc-001 |
| 64 | ebay.com/usr/luxetic-0 | luxetic-0 |
| 65 | ebay.com/usr/roudalen | roudalen |
| 66 | ebay.com/usr/saortekelect-0 | saortekelect-0 |
| 67 | ebay.com/usr/tomjuck993 | tomjuck993 |
| 68 | ebay.com/usr/wnl525 | wnl525 |
| 69 | ebay.com/usr/xiandaiinternatio_0 | xiandaiinternatio_0 |
| 70 | instagram.com/luxury_shopper789/?hl=en | luxury_shopper789 |
| 71 | temu.com/m-634418211786220.html | BIg BULL B |
| 72 | temu.com/g-634418211653593.html | BIg BULL G |
| 73 | temu.com/m-5549457876206.html | blueeyewhales |
| 74 | temu.com/m-58627402546.html | BUAKAW |
| 75 | DISMISSED | DISMISSED |

2

| 76 | temu.com/m-69731268387.html | DY HOUSE |
|---|---|---|
| 77 | temu.com/m-341679135970.html | Flora Muses |
| 78 | temu.com/m-634418211560853.html | guangjunxiaojiba |
| 79 | temu.com/m-634418211653636.html | guangjunxiaojiji |
| 80 | temu.com/m-634418211034700.html | Hall Style Man |
| 81 | temu.com/m-317552423087.html | Han Fei qian |
| 82 | temu.com/m-5363692582566.html | HG MEN |
| 83 | temu.com/m-634418210894414.html | Kelven Clothing |
| 84 | temu.com/m-634418210993056.html | Lucky Eyewear |
| 85 | temu.com/m-2252812387064.html | NiuniuGE |
| 86 | temu.com/m-634418210076224.html | SENXIKE |
| 87 | EXCEPTED | EXCEPTED |
| 88 | canrae.store | canrae.store |
| **Defendant Domain Names** | | |
| No | URL | Name / Seller Alias |
| 89 | rbkxe.com | rbkxe.com |
| 90 | rbwer.com | rbwer.com |
| 91 | rbvmz.com | rbvmz.com |
| 92 | rbaes.com | rbaes.com |
| 93 | rbveu.com | rbveu.com |
| 94 | rbmde.com | rbmde.com |
| 95 | rbnfr.com | rbnfr.com |
| 96 | rbofn.com | rbofn.com |
| 97 | rboug.com | rboug.com |
| 98 | rbdeu.com | rbdeu.com |
| 99 | rbveb.com | rbveb.com |
| 100 | rbueu.com | rbueu.com |
| 101 | buyitbargainwise.com | buyitbargainwise.com |
| 102 | economysavingspro.com | economysavingspro.com |
| 103 | exporterelite.com | exporterelite.com |
| 104 | worldwidebargainhunt.com | worldwidebargainhunt.com |
| 105 | discountshopperpro.com | discountshopperpro.com |
| 106 | borderlessdealsnow.com | borderlessdealsnow.com |
| 107 | onlinegoodspro.com | onlinegoodspro.com |
| 108 | globalproductfind.com | globalproductfind.com |
| 109 | paysunglass.com | paysunglass.com |
| 110 | webuyitallnow.com | webuyitallnow.com |
| 111 | economysalefinds.com | economysalefinds.com |
| 112 | tradeinnovationsquad.com | tradeinnovationsquad.com |
| 113 | onlineglobalgems.com | onlineglobalgems.com |
| 114 | onlinebuyingpro.com | onlinebuyingpro.com |

| 115 | globalmerchantsclub.com | globalmerchantsclub.com |
|---|---|---|
| 116 | bestbuyingpros.com | bestbuyingpros.com |
| 117 | bestglobalvalue.com | bestglobalvalue.com |
| 118 | internationalecompro.com | internationalecompro.com |
| 119 | globalecomcentral.com | globalecomcentral.com |
| 120 | crossbordercart.com | crossbordercart.com |
| 121 | discountworldshop.com | discountworldshop.com |
| 122 | ecommercesuccesspro.com | ecommercesuccesspro.com |
| 123 | shopworldwidesave.com | shopworldwidesave.com |
| 124 | savingsmartfinds.com | savingsmartfinds.com |
| 125 | sunglassesforus.com | sunglassesforus.com |
| 126 | coolssunglass.com | coolssunglass.com |
| 127 | quickshoppingninja.com | quickshoppingninja.com |
| 128 | globaltradeedge.com | globaltradeedge.com |
| 129 | shopandbuywise.com | shopandbuywise.com |
| 130 | borderlessbuyerspro.com | borderlessbuyerspro.com |
| 131 | borderlessmartdeals.com | borderlessmartdeals.com |
| 132 | onlineglobalfind.com | onlineglobalfind.com |
| 133 | sunglasseshutlatest.com | sunglasseshutlatest.com |
| 134 | sunglasseshutsell.com | sunglasseshutsell.com |
| 135 | sunglassoutletsclick.com | sunglassoutletsclick.com |
| 136 | sunglassoutletswork.com | sunglassoutletswork.com |
| 137 | sunglassoutletssell.com | sunglassoutletssell.com |
| 138 | sunglassesprowork.com | sunglassesprowork.com |
| 139 | sunglassespropicks.com | sunglassespropicks.com |
| 140 | sunglassesprospace.com | sunglassesprospace.com |
| 141 | sunglassesprohost.com | sunglassesprohost.com |
| 142 | sunglassesprosale.com | sunglassesprosale.com |
| 143 | sunglasshotact.com | sunglasshotact.com |
| 144 | sunglasshotpopular.com | sunglasshotpopular.com |
| 145 | sunglasshotmart.com | sunglasshotmart.com |
| 146 | sunglassoutletswebsite.com | sunglassoutletswebsite.com |
| 147 | solesunglasshub.com | solesunglasshub.com |
| 148 | sunglasshotgifts.com | sunglasshotgifts.com |
| 149 | sunglasshotshape.com | sunglasshotshape.com |
| 150 | sunglasshotllc.com | sunglasshotllc.com |
| 151 | sunglassesprozone.com | sunglassesprozone.com |
| 152 | sunglassesprobiz.com | sunglassesprobiz.com |
| 153 | sunglassesoutletslatest.com | sunglassesoutletslatest.com |
| 154 | sunglassesoutletspopular.com | sunglassesoutletspopular.com |
| 155 | sunglasshotwholesale.com | sunglasshotwholesale.com |

| 156 | sunglasshotpromotions.com | sunglasshotpromotions.com |
|---|---|---|
| 157 | sunglassoutletsfans.com | sunglassoutletsfans.com |
| 158 | sunglasshotshopping.com | sunglasshotshopping.com |
| 159 | sunglassesoutletsmart.com | sunglassesoutletsmart.com |
| 160 | sunglassoutletsshape.com | sunglassoutletsshape.com |
| 161 | sunglasshotstore.com | sunglasshotstore.com |
| 162 | sunglassoutletspecial.com | sunglassoutletspecial.com |
| 163 | sunglasshotoutlets.com | sunglasshotoutlets.com |
| 164 | sunglassesoutletsell.com | sunglassesoutletsell.com |
| 165 | sunglassoutletmart.com | sunglassoutletmart.com |
| 166 | sunglassesoutletpopular.com | sunglassesoutletpopular.com |
| 167 | sunglassesoutletlatest.com | sunglassesoutletlatest.com |
| 168 | sunglasshutmart.com | sunglasshutmart.com |
| 169 | sunglassesoutletsact.com | sunglassesoutletsact.com |
| 170 | rbfre.com | rbfre.com |
| 171 | rbude.com | rbude.com |
| 172 | rbdyk.com | rbdyk.com |
| 173 | kidssunglassesshop.com | kidssunglassesshop.com |
| 174 | latest-polarized.com | latest-polarized.com |
| 175 | best-polarizer.com | best-polarizer.com |
| 176 | classic-style-polarized.com | classic-style-polarized.com |
| 177 | latest-style-polarized.com | latest-style-polarized.com |
| 178 | latest-style-trending.com | latest-style-trending.com |
| 179 | fashion-polarizer-style.com | fashion-polarizer-style.com |
| 180 | fashion-classic-style.com | fashion-classic-style.com |
| 181 | best-polarizer-style.com | best-polarizer-style.com |
| 182 | latest-fashion-trending.com | latest-fashion-trending.com |
| 183 | latest-fashion-iconic.com | latest-fashion-iconic.com |
| 184 | fashion-best-selling-sunglasses.com | fashion-best-selling-sunglasses.com |
| 185 | fashion-bestsellingsunglasses.com | fashion-bestsellingsunglasses.com |
| 186 | fashion-best-sellingsunglasses.com | fashion-best-sellingsunglasses.com |
| 187 | fashionbestselling-sunglasses.com | fashionbestselling-sunglasses.com |
| 188 | sunglasses-trendy-style.com | sunglasses-trendy-style.com |
| 189 | sunglassestrendystyle.com | sunglassestrendystyle.com |
| 190 | sunglasses-trendystyle.com | sunglasses-trendystyle.com |
| 191 | summer-polarizers-iconic.com | summer-polarizers-iconic.com |
| 192 | latest-fashion-polarizers.com | latest-fashion-polarizers.com |
| 193 | fashion-trending-style.com | fashion-trending-style.com |
| 194 | trending-polarizer-style.com | trending-polarizer-style.com |
| 195 | sunglass-trend-ystyle.com | sunglass-trend-ystyle.com |
| 196 | best-polarizers-style.com | best-polarizers-style.com |