# Exhibit 2

| Certain Defendant Domain Names ||
|---|---|
| URL | Name / Seller Alias |
| borderlessbuyerspro.com | borderlessbuyerspro.com |
| borderlessdealsnow.com | borderlessdealsnow.com |
| borderlessmartdeals.com | borderlessmartdeals.com |
| buyitbargainwise.com | buyitbargainwise.com |
| coolssunglass.com | coolssunglass.com |
| discountworldshop.com | discountworldshop.com |
| economysavingspro.com | economysavingspro.com |
| exporterelite.com | exporterelite.com |
| kidssunglassesshop.com | kidssunglassesshop.com |
| onlineglobalfind.com | onlineglobalfind.com |
| onlinegoodspro.com | onlinegoodspro.com |
| paysunglass.com | paysunglass.com |
| quickshoppingninja.com | quickshoppingninja.com |
| rbaes.com | rbaes.com |
| rbdeu.com | rbdeu.com |
| rbdyk.com | rbdyk.com |
| rbfre.com | rbfre.com |
| rbkxe.com | rbkxe.com |
| rbmde.com | rbmde.com |
| rbnfr.com | rbnfr.com |
| rbofn.com | rbofn.com |
| rboug.com | rboug.com |
| rbude.com | rbude.com |
| rbueu.com | rbueu.com |
| rbveb.com | rbveb.com |
| rbveu.com | rbveu.com |
| rbvmz.com | rbvmz.com |
| rbwer.com | rbwer.com |
| shopandbuywise.com | shopandbuywise.com |
| shopworldwidesave.com | shopworldwidesave.com |
| sunglassesforus.com | sunglassesforus.com |
| webuyitallnow.com | webuyitallnow.com |
| worldwidebargainhunt.com | worldwidebargainhunt.com |