IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| LUXOTTICA GROUP S.P.A., OAKLEY, INC., AND COSTA DEL MAR, INC., <br><br> Plaintiffs, <br><br> v. <br><br> MINGTIANN, et al., <br><br> Defendants. | Case No. 24-cv-00018 <br><br> **Judge Jeremy C. Daniel** <br><br> **Magistrate Judge Gabriel A. Fuentes** |

**FINAL JUDGMENT ORDER**

This action having been commenced by Plaintiffs Luxottica Group S.p.A., Oakley, Inc., and Costa Del Mar, Inc. (collectively, "Plaintiffs") against the fully interactive e-commerce stores[1] operating under the seller aliases identified in Schedule A attached hereto (collectively, the "Seller Aliases"), and Plaintiffs having moved for entry of Default and Default Judgment against the defendants identified on Schedule A attached hereto (collectively, the "Defaulting Defendants");

This Court having entered upon a showing by Plaintiffs a temporary restraining order and preliminary injunction against Defaulting Defendants which included an asset restraining order;

Plaintiffs having properly completed service of process on Defaulting Defendants, the combination of providing notice via electronic publication and e-mail, along with any notice that Defaulting Defendants received from payment processors, being notice reasonably calculated

---

[1] The e-commerce store URLs are listed on Schedule A hereto under the Online Marketplaces and Domain Names.

1

under all circumstances to apprise Defaulting Defendants of the pendency of the action and affording them the opportunity to answer and present their objections; and

Defaulting Defendants having failed to answer the Complaint or otherwise plead, and the time for answering the Complaint having expired;

THIS COURT HEREBY FINDS that it has personal jurisdiction over Defaulting Defendants since Defaulting Defendants directly target their business activities toward consumers in the United States, including Illinois. Specifically, Defaulting Defendants have targeted sales to Illinois residents by setting up and operating e-commerce stores that target United States consumers using one or more Seller Aliases, offer shipping to the United States, including Illinois, accept payment in U.S. dollars, and/or from U.S. bank accounts, and have sold products using infringing and counterfeit versions of Plaintiffs' federally registered trademarks (the "Plaintiffs' Trademarks") to residents of Illinois. A list of Plaintiffs' Trademarks is included in the chart below.

| Registration Number | Trademark |
|---|---|
| 1,080,886<br>2,718,485 | RAY-BAN |
| 595,513 | WAYFARER |
| 1,537,974 | CLUBMASTER |
| 650,499 | *Ray-Ban* (stylized) |
| 1,093,658 | *Ray-Ban* (stylized) |

| | |
|---|---|
| 1,726,955 | Ray-Ban |
| 1,320,460 | Ray-Ban (circular seal) |
| 3,522,603 | Ray-Ban (red) |
| 1,521,599<br>1,522,692<br>1,552,583<br>2,293,046<br>3,153,943<br>3,771,517 | OAKLEY |
| 1,980,039 | OAKLEY |
| 1,356,297 | OAKLEY |
| 1,519,596 | OAKLEY |
| 3,151,994<br>3,496,633 | (O ellipse logo) |

3

| | |
|---|---|
| 3,331,124 | |
| 1,927,106<br>1,984,501<br>2,300,245<br>3,771,516<br>5,109,790 | |
| 4,407,750 | CROSSLINK |
| 3,733,882 | IRIDIUM |
| 4,827,569 | JAWBREAKER |
| 4,407,749 | RADARLOCK |
| 3,489,952 | OIL RIG |
| 4,194,197 | FROGSKINS |
| 3,379,110 | RADAR |
| 5,026,399 | LATCH |
| 4,822,664 | SI TOMBSTONE |
| 3,245,494 | GASCAN |
| 4,956,691 | TRIGGERMAN |
| 3,680,975 | FIVES SQUARED |
| 2,900,432 | VALVE |
| 3,941,018 | PATH |
| 5,026,407 | JUPITER SQUARED |
| 4,136,113 | BATWOLF |
| 1,701,476 | M FRAME |
| 2,054,810 | STRAIGHT JACKET |
| 3,379,109 | FLAK JACKET |
| 4,618,566 | TINCAN |
| 2,106,614 | SQUARE WIRE |
| 1,952,697 | JACKET |
| 3,468,824 | HIJINX |
| 2,087,464 | O FRAME |
| 2,087,466 | E FRAME |
| 3,126,622 | CROWBAR |
| 1,778,325 | HYBRID |
| 2,250,767 | ROMEO |
| 5,636,292 | HOLBROOK |

| | |
|---|---|
| 2,393,107 | |
| 2,403,609 | |
| 2,388,070 | JULIET |
| 2,155,819 | X-METAL |
| 4,813,708 | PRIZM |
| 3,857,379<br>5,653,368<br>4,163,647 | COSTA |
| 3,773,612 | COSTAS |
| 1,723,449<br>3,002,972 | COSTA DEL MAR |
| 5,729,388 | DEL MAR |
| 4,520,088<br>5,646,820<br>5,944,853 | COSTA |
| 3,273,228<br>5,465,884<br>5,653,366 | |

5

| | |
|---|---|
| 3,273,229 | (Costa logo) |
| 3,420,371 | C-MATES |
| 4,599,722 | C-WALL |
| 3,711,018 | COSTA 580 |
| 4,891,374 | 580 |
| 4,771,385 | BEYOND POLARIZED |
| 4,767,077 | BORN ON THE WATER |
| 3,274,581 | SEE WHAT'S OUT THERE |
| 5,446,112 | KICK PLASTIC |
| 4,768,671 | HIGHLINE |
| 3,274,582 | FATHOM |
| 2,899,507 | LIGHTWAVE |
| 3,153,673 | SILENCER |
| 3,729,798 | ZANE |
| 4,342,211 | BLACKFIN |
| 3,270,766 | HAMMERHEAD |
| 3,270,765 | HARPOON |
| 3,067,284 | HARDTOP |
| 2,312,428 | RHYNO-TUFF |
| 2,306,527 | ANTI-OCULAR INTRUSION SYSTEM |
| 3,837,688 | N |
| 3,837,682 | (Native N logo) |
| 3,581,846 | NATIVE |
| 5,956,148 | (Native Eyewear logo) |

6

| | |
|---|---|
| 5,875,336 | NATIVE EYEWEAR |
| 5,201,379 | SNOW TUNED REACT |
| 4,114,951 | |
| 3,431,239 | |
| 3,245,770 | |

This Court further finds that Defaulting Defendants are liable for willful federal trademark infringement and counterfeiting (15 U.S.C. § 1114) and false designation of origin (15 U.S.C. § 1125(a)).

Accordingly, this Court orders that Plaintiffs' Motion for Entry of Default and Default Judgment is GRANTED in its entirety, that Defaulting Defendants are deemed in default and that this Final Judgment is entered against Defaulting Defendants.

The Court further orders that:

1. Defaulting Defendants, their affiliates, officers, agents, servants, employees, attorneys, confederates, and all persons acting for, with, by, through, under or in active concert or participation with them be permanently enjoined and restrained from:

    a. using the Plaintiffs' Trademarks or any reproductions, counterfeit copies or colorable imitations thereof in any manner in connection with the distribution, marketing, advertising, offering for sale, or sale of any product that is not a genuine Plaintiffs product or not authorized by Plaintiffs to be sold in connection with the Plaintiffs' Trademarks;

    b. passing off, inducing, or enabling others to sell or pass off any product as a genuine Plaintiffs product or any other product produced by Plaintiffs, that is not Plaintiffs' or not produced under the authorization, control or supervision of Plaintiffs and approved by Plaintiffs for sale under the Plaintiffs' Trademarks;

    c. committing any acts calculated to cause consumers to believe that Defaulting Defendants' products are those sold under the authorization, control or supervision of Plaintiffs, or are sponsored by, approved by, or otherwise connected with Plaintiffs;

    d. further infringing Plaintiffs' Trademarks and damaging Plaintiffs' goodwill; and

  e. manufacturing, shipping, delivering, holding for sale, transferring or otherwise moving, storing, distributing, returning, or otherwise disposing of, in any manner, products or inventory not manufactured by or for Plaintiffs, nor authorized by Plaintiffs to be sold or offered for sale, and which bear any of Plaintiffs' trademarks, including the Plaintiffs' Trademarks, or any reproductions, counterfeit copies or colorable imitations thereof.

2. Upon Plaintiffs' request, any third party with actual notice of this Order who is providing services for any of the Defaulting Defendants, or in connection with any of Defaulting Defendants' Online Marketplaces, including, without limitation, any online marketplace platforms such as eBay Inc. ("eBay"), AliExpress, Alibaba Group Holding Ltd. ("Alibaba"), Amazon.com, Inc. ("Amazon"), ContextLogic Inc. d/b/a Wish.com ("Wish.com"), Walmart Inc. ("Walmart"), Etsy, Inc. ("Etsy"), WhaleCo, Inc. ("Temu"), and DHgate.com ("DHgate"), (collectively, the "Third Party Providers") shall within seven (7) calendar days after receipt of such notice, disable and cease displaying any advertisements used by or associated with Defaulting Defendants in connection with the sale of counterfeit and infringing goods using the Plaintiffs' Trademarks.

3. The domain name registries for the Domain Names, including, but not limited to, VeriSign, Inc., Registry Services, LLC, Afilias Limited, CentralNic, Nominet, and the Public Interest Registry, within seven (7) calendar days of receipt of this Order, shall, at Plaintiff's choosing:

  a. transfer the certain Domain Names listed in the below chart to Plaintiff's control, including unlocking and changing the registrar of record for the Domain Names to a registrar of Plaintiff's selection; or

9

b. disable the certain Domain Names listed in the below chart and make them inactive and untransferable.

| Certain Defendant Domain Names ||
|---|---|
| URL | Name / Seller Alias |
| borderlessbuyerspro.com | borderlessbuyerspro.com |
| borderlessdealsnow.com | borderlessdealsnow.com |
| borderlessmartdeals.com | borderlessmartdeals.com |
| buyitbargainwise.com | buyitbargainwise.com |
| coolssunglass.com | coolssunglass.com |
| discountworldshop.com | discountworldshop.com |
| economysavingspro.com | economysavingspro.com |
| exporterelite.com | exporterelite.com |
| kidssunglassesshop.com | kidssunglassesshop.com |
| onlineglobalfind.com | onlineglobalfind.com |
| onlinegoodspro.com | onlinegoodspro.com |
| paysunglass.com | paysunglass.com |
| quickshoppingninja.com | quickshoppingninja.com |
| rbaes.com | rbaes.com |
| rbdeu.com | rbdeu.com |
| rbdyk.com | rbdyk.com |
| rbfre.com | rbfre.com |
| rbkxe.com | rbkxe.com |
| rbmde.com | rbmde.com |
| rbnfr.com | rbnfr.com |
| rbofn.com | rbofn.com |
| rboug.com | rboug.com |
| rbude.com | rbude.com |
| rbueu.com | rbueu.com |
| rbveb.com | rbveb.com |
| rbveu.com | rbveu.com |
| rbvmz.com | rbvmz.com |
| rbwer.com | rbwer.com |
| shopandbuywise.com | shopandbuywise.com |
| shopworldwidesave.com | shopworldwidesave.com |
| sunglassesforus.com | sunglassesforus.com |
| webuyitallnow.com | webuyitallnow.com |
| worldwidebargainhunt.com | worldwidebargainhunt.com |

4. The domain name registrars, including, but not limited to, GoDaddy.com, LLC ("GoDaddy"), Name.com, PDR LTD. d/b/a PublicDomainRegistry.com ("PDR"), and Namecheap Inc. ("Namecheap"), within seven (7) calendar days of receipt of this Order, shall take any steps necessary to transfer the certain Domain Names listed in the above chart to a registrar account of Plaintiff's selection.

5. Pursuant to 15 U.S.C. § 1117(c)(2), Plaintiffs are awarded statutory damages from each of the Defaulting Defendants in the amount of fifty thousand dollars ($50,000) for willful use of counterfeit Plaintiffs' Trademarks in connection with the sale of products through at least the Defaulting Defendants' Online Marketplaces and Domain Names.

6. Plaintiffs may serve this Order on Third Party Providers, including PayPal, Inc. ("PayPal"), eBay, DHgate, Alipay, Alibaba, Ant Financial Services Group ("Ant Financial"), Wish.com, Walmart, Etsy, Temu, and Amazon Pay, by e-mail delivery to the e-mail addresses Plaintiffs used to serve the Temporary Restraining Order on the Third Party Providers.

7. Any Third Party Providers holding funds for Defaulting Defendants, including PayPal, eBay, DHgate, Alipay, Alibaba, Ant Financial, Wish.com, Walmart, Etsy, Temu, and Amazon Pay, shall within seven (7) calendar days of receipt of this Order, permanently restrain and enjoin any financial accounts connected to Defaulting Defendants' Seller Aliases, Online Marketplaces, and/or Domain Name from transferring or disposing of any funds, up to the above identified statutory damages award, or other of Defaulting Defendants' assets.

8. All monies, up to the above identified statutory damages award, in Defaulting Defendants' financial accounts, including monies held by Third Party Providers such as PayPal, eBay,

DHgate, Alipay, Alibaba, Ant Financial, Wish.com, Walmart, Etsy, Temu, and Amazon Pay, are hereby released to Plaintiffs as partial payment of the above-identified damages, and Third Party Providers, including PayPal, eBay, DHgate, Alipay, Alibaba, Ant Financial, Wish.com, Walmart, Etsy, Temu, and Amazon Pay, are ordered to release to Plaintiffs the amounts from Defaulting Defendants' financial accounts within seven (7) calendar days of receipt of this Order.

9. Until Plaintiffs have recovered full payment of monies owed to them by any Defaulting Defendant, Plaintiffs shall have the ongoing authority to serve this Order on Third Party Providers, including PayPal, eBay, DHgate, Alipay, Alibaba, Ant Financial, Wish.com, Walmart, Etsy, Temu, and Amazon Pay, in the event that any new financial accounts controlled or operated by Defaulting Defendants are identified. Upon receipt of this Order, Third Party Providers, including PayPal, eBay, DHgate, Alipay, Alibaba, Ant Financial, Wish.com, Walmart, Etsy, Temu, and Amazon Pay, shall within seven (7) calendar days:

   a. locate all accounts and funds connected to Defaulting Defendants' Seller Aliases, Online Marketplaces and/or Domain Names, including, but not limited to, any financial accounts connected to the information listed in Schedule A hereto, the e-mail addresses identified in Exhibit 3 to the Declaration of Jason Groppe, and any e-mail addresses provided for Defaulting Defendants by third parties;

   b. restrain and enjoin such accounts or funds from transferring or disposing of any money or other of Defaulting Defendants' assets; and

   c. release all monies, up to the above identified statutory damages award, restrained in Defaulting Defendants' financial accounts to Plaintiffs as partial payment of the above-identified damages within seven (7) calendar days of receipt of this Order.

10. In the event that Plaintiffs identify any additional online marketplace and/or domain name accounts or financial accounts owned by Defaulting Defendants, Plaintiffs may send notice of any supplemental proceeding to Defaulting Defendants by e-mail at the e-mail addresses identified in Exhibit 3 to the Declaration of Jason Groppe and any e-mail addresses provided for Defaulting Defendants by third parties.

11. The ten thousand dollar ($10,000) surety bond posted by Plaintiff is hereby released to Plaintiffs or their counsel, Greer, Burns & Crain, Ltd. The Clerk of the Court is directed to return the surety bond previously deposited with the Clerk of the Court to Plaintiffs or their counsel.

This Court having determined that there is no just reason for delay, orders that this is a Final Judgment against the Defaulting Defendants.

DATED: March 5, 2024

Jeremy C. Daniel
United States District Judge

Luxottica Group S.p.A., Oakley, Inc., and Costa Del Mar, Inc. v. MINGTIANN, et al. - Case No. 24-cv-00018

# Schedule A

### Defendant Online Marketplaces

| No | URL | Name / Seller Alias |
|---|---|---|
| 1 | amazon.com/sp?seller=A2ACS0VF47HHPP | MINGTIANN |
| 2 | amazon.com/sp?seller=A2EUOV4RDZ6E5F | shengjundianzishangwuyouxiangongsi |
| 3 | amazon.com/sp?seller=A134V0C1U4M9R0 | SuZiXuanMax |
| 4 | amazon.com/sp?seller=A2SKS8LJKIJLMQ | Wangchengyongs |
| 5 | amazon.com/sp?seller=A2H0B3T5EF2M97 | zhijiangshipeicangshangmaoyouxiangongsi |
| 6 | dhgate.com/store/21865416 | brand__sunglasses |
| 7 | dhgate.com/store/21897894 | channel_sunglasses |
| 8 | dhgate.com/store/21863571 | cheng8982023 |
| 9 | dhgate.com/store/21889183 | designer_fashionx |
| 10 | dhgate.com/store/21896553 | designeroff88 |
| 11 | dhgate.com/store/20974911 | dg1888 |
| 12 | dhgate.com/store/21896547 | discountstore25 |
| 13 | dhgate.com/store/21229022 | fashion_lucky_love |
| 14 | dhgate.com/store/21867018 | fashionhouse1220 |
| 15 | dhgate.com/store/21882688 | fashiontaotaotao139 |
| 16 | dhgate.com/store/21905144 | fashiontop168 |
| 17 | dhgate.com/store/21900953 | fashionvip5188 |
| 18 | dhgate.com/store/21902008 | feiyunlai1688vip |
| 19 | dhgate.com/store/21896246 | fff998 |
| 20 | dhgate.com/store/21889684 | glassess1 |
| 21 | dhgate.com/store/21898431 | guccshoes888888 |
| 22 | dhgate.com/store/21818985 | gwla |
| 23 | dhgate.com/store/21896556 | hotouyodhvip |
| 24 | dhgate.com/store/21879227 | iphone_prada |
| 25 | dhgate.com/store/21880854 | jewelry_0000 |
| 26 | dhgate.com/store/21897554 | jewelry_guguc |
| 27 | dhgate.com/store/21904848 | linzhiqiang1 |
| 28 | dhgate.com/store/21884082 | lululemens001 |
| 29 | dhgate.com/store/21894073 | luxury_wholesalehat4 |
| 30 | dhgate.com/store/21905952 | mmm991 |
| 31 | dhgate.com/store/21908401 | necklace2 |
| 32 | dhgate.com/store/21583116 | nickyoung08 |
| 33 | dhgate.com/store/21899400 | off_sunglasses |

| | | |
|---|---|---|
| 34 | dhgate.com/store/21896372 | pradaa_sunglasses |
| 35 | dhgate.com/store/21903804 | rayban_glasses |
| 36 | dhgate.com/store/21899024 | raybans2 |
| 37 | dhgate.com/store/21898326 | raybans2023 |
| 38 | dhgate.com/store/21899447 | raysbans2026 |
| 39 | dhgate.com/store/21908402 | ring3 |
| 40 | dhgate.com/store/21756173 | sacoches |
| 41 | dhgate.com/store/21749018 | shipingzhubao |
| 42 | dhgate.com/store/21903195 | skyfly2525 |
| 43 | dhgate.com/store/21897337 | sunglass_pa |
| 44 | dhgate.com/store/21897777 | sunglass_store518 |
| 45 | dhgate.com/store/21897775 | sunglass_store778 |
| 46 | dhgate.com/store/21889503 | sunglasses68 |
| 47 | dhgate.com/store/21800925 | tnwv |
| 48 | dhgate.com/store/21906401 | tongtongkl |
| 49 | dhgate.com/store/21910596 | vipcool |
| 50 | dhgate.com/store/21905747 | x_sunglasses |
| 51 | dhgate.com/store/21875723 | xiuxianfu1 |
| 52 | dhgate.com/store/21897490 | zgzeaou |
| 53 | dhgate.com/store/21899445 | zhangmao01 |
| 54 | dhgate.com/store/21908446 | zlili1258 |
| 55 | ebay.com/usr/aexr_39 | aexr_39 |
| 56 | ebay.com/usr/batmax-official-store | batmax-official-store |
| 57 | ebay.com/usr/dfeng2017 | dfeng2017 |
| 58 | ebay.com/usr/dxicr-65 | dxicr-65 |
| 59 | ebay.com/usr/fkeht47 | fkeht47 |
| 60 | ebay.com/usr/haofeng06 | haofeng06 |
| 61 | ebay.com/usr/henisha-91 | henisha-91 |
| 62 | ebay.com/usr/hpdrj_65 | hpdrj_65 |
| 63 | ebay.com/usr/jxlc-001 | jxlc-001 |
| 64 | ebay.com/usr/luxetic-0 | luxetic-0 |
| 65 | ebay.com/usr/roudalen | roudalen |
| 66 | ebay.com/usr/saortekelect-0 | saortekelect-0 |
| 67 | ebay.com/usr/tomjuck993 | tomjuck993 |
| 68 | ebay.com/usr/wnl525 | wnl525 |
| 69 | ebay.com/usr/xiandaiinternatio_0 | xiandaiinternatio_0 |
| 70 | instagram.com/luxury_shopper789/?hl=en | luxury_shopper789 |
| 71 | temu.com/m-634418211786220.html | BIg BULL B |
| 72 | temu.com/g-634418211653593.html | BIg BULL G |
| 73 | temu.com/m-5549457876206.html | blueeyewhales |
| 74 | temu.com/m-58627402546.html | BUAKAW |

| 75 | DISMISSED | DISMISSED |
|---|---|---|
| 76 | temu.com/m-69731268387.html | DY HOUSE |
| 77 | temu.com/m-341679135970.html | Flora Muses |
| 78 | temu.com/m-634418211560853.html | guangjunxiaojiba |
| 79 | temu.com/m-634418211653636.html | guangjunxiaojiji |
| 80 | temu.com/m-634418211034700.html | Hall Style Man |
| 81 | temu.com/m-317552423087.html | Han Fei qian |
| 82 | temu.com/m-5363692582566.html | HG MEN |
| 83 | temu.com/m-634418210894414.html | Kelven Clothing |
| 84 | temu.com/m-634418210993056.html | Lucky Eyewear |
| 85 | temu.com/m-2252812387064.html | NiuniuGE |
| 86 | temu.com/m-634418210076224.html | SENXIKE |
| 87 | DISMISSED | DISMISSED |
| 88 | canrae.store | canrae.store |
| **Defendant Domain Names** | | |
| No | URL | Name / Seller Alias |
| 89 | rbkxe.com | rbkxe.com |
| 90 | rbwer.com | rbwer.com |
| 91 | rbvmz.com | rbvmz.com |
| 92 | rbaes.com | rbaes.com |
| 93 | rbveu.com | rbveu.com |
| 94 | rbmde.com | rbmde.com |
| 95 | rbnfr.com | rbnfr.com |
| 96 | rbofn.com | rbofn.com |
| 97 | rboug.com | rboug.com |
| 98 | rbdeu.com | rbdeu.com |
| 99 | rbveb.com | rbveb.com |
| 100 | rbueu.com | rbueu.com |
| 101 | buyitbargainwise.com | buyitbargainwise.com |
| 102 | economysavingspro.com | economysavingspro.com |
| 103 | exporterelite.com | exporterelite.com |
| 104 | worldwidebargainhunt.com | worldwidebargainhunt.com |
| 105 | discountshopperpro.com | discountshopperpro.com |
| 106 | borderlessdealsnow.com | borderlessdealsnow.com |
| 107 | onlinegoodspro.com | onlinegoodspro.com |
| 108 | globalproductfind.com | globalproductfind.com |
| 109 | paysunglass.com | paysunglass.com |
| 110 | webuyitallnow.com | webuyitallnow.com |
| 111 | economysalefinds.com | economysalefinds.com |
| 112 | tradeinnovationsquad.com | tradeinnovationsquad.com |
| 113 | onlineglobalgems.com | onlineglobalgems.com |

| | | |
|---|---|---|
| 114 | onlinebuyingpro.com | onlinebuyingpro.com |
| 115 | globalmerchantsclub.com | globalmerchantsclub.com |
| 116 | bestbuyingpros.com | bestbuyingpros.com |
| 117 | bestglobalvalue.com | bestglobalvalue.com |
| 118 | internationalecompro.com | internationalecompro.com |
| 119 | globalecomcentral.com | globalecomcentral.com |
| 120 | crossbordercart.com | crossbordercart.com |
| 121 | discountworldshop.com | discountworldshop.com |
| 122 | ecommercesuccesspro.com | ecommercesuccesspro.com |
| 123 | shopworldwidesave.com | shopworldwidesave.com |
| 124 | savingsmartfinds.com | savingsmartfinds.com |
| 125 | sunglassesforus.com | sunglassesforus.com |
| 126 | coolssunglass.com | coolssunglass.com |
| 127 | quickshoppingninja.com | quickshoppingninja.com |
| 128 | globaltradeedge.com | globaltradeedge.com |
| 129 | shopandbuywise.com | shopandbuywise.com |
| 130 | borderlessbuyerspro.com | borderlessbuyerspro.com |
| 131 | borderlessmartdeals.com | borderlessmartdeals.com |
| 132 | onlineglobalfind.com | onlineglobalfind.com |
| 133 | sunglasseshutlatest.com | sunglasseshutlatest.com |
| 134 | sunglasseshutsell.com | sunglasseshutsell.com |
| 135 | sunglassoutletsclick.com | sunglassoutletsclick.com |
| 136 | sunglassoutletswork.com | sunglassoutletswork.com |
| 137 | sunglassoutletssell.com | sunglassoutletssell.com |
| 138 | sunglassesprowork.com | sunglassesprowork.com |
| 139 | sunglassespropicks.com | sunglassespropicks.com |
| 140 | sunglassesprospace.com | sunglassesprospace.com |
| 141 | sunglassesprohost.com | sunglassesprohost.com |
| 142 | sunglassesprosale.com | sunglassesprosale.com |
| 143 | sunglasshotact.com | sunglasshotact.com |
| 144 | sunglasshotpopular.com | sunglasshotpopular.com |
| 145 | sunglasshotmart.com | sunglasshotmart.com |
| 146 | sunglassoutletswebsite.com | sunglassoutletswebsite.com |
| 147 | solesunglasshub.com | solesunglasshub.com |
| 148 | sunglasshotgifts.com | sunglasshotgifts.com |
| 149 | sunglasshotshape.com | sunglasshotshape.com |
| 150 | sunglasshotllc.com | sunglasshotllc.com |
| 151 | sunglassesprozone.com | sunglassesprozone.com |
| 152 | sunglassesprobiz.com | sunglassesprobiz.com |
| 153 | sunglassesoutletslatest.com | sunglassesoutletslatest.com |
| 154 | sunglassesoutletspopular.com | sunglassesoutletspopular.com |

| | | |
|---|---|---|
| 155 | sunglasshotwholesale.com | sunglasshotwholesale.com |
| 156 | sunglasshotpromotions.com | sunglasshotpromotions.com |
| 157 | sunglassoutletsfans.com | sunglassoutletsfans.com |
| 158 | sunglasshotshopping.com | sunglasshotshopping.com |
| 159 | sunglassesoutletsmart.com | sunglassesoutletsmart.com |
| 160 | sunglassoutletsshape.com | sunglassoutletsshape.com |
| 161 | sunglasshotstore.com | sunglasshotstore.com |
| 162 | sunglassoutletspecial.com | sunglassoutletspecial.com |
| 163 | sunglasshotoutlets.com | sunglasshotoutlets.com |
| 164 | sunglassesoutletsell.com | sunglassesoutletsell.com |
| 165 | sunglassoutletmart.com | sunglassoutletmart.com |
| 166 | sunglassesoutletpopular.com | sunglassesoutletpopular.com |
| 167 | sunglassesoutletlatest.com | sunglassesoutletlatest.com |
| 168 | sunglasshutmart.com | sunglasshutmart.com |
| 169 | sunglassesoutletsact.com | sunglassesoutletsact.com |
| 170 | rbfre.com | rbfre.com |
| 171 | rbude.com | rbude.com |
| 172 | rbdyk.com | rbdyk.com |
| 173 | kidssunglassesshop.com | kidssunglassesshop.com |
| 174 | latest-polarized.com | latest-polarized.com |
| 175 | best-polarizer.com | best-polarizer.com |
| 176 | classic-style-polarized.com | classic-style-polarized.com |
| 177 | latest-style-polarized.com | latest-style-polarized.com |
| 178 | latest-style-trending.com | latest-style-trending.com |
| 179 | fashion-polarizer-style.com | fashion-polarizer-style.com |
| 180 | fashion-classic-style.com | fashion-classic-style.com |
| 181 | best-polarizer-style.com | best-polarizer-style.com |
| 182 | latest-fashion-trending.com | latest-fashion-trending.com |
| 183 | latest-fashion-iconic.com | latest-fashion-iconic.com |
| 184 | fashion-best-selling-sunglasses.com | fashion-best-selling-sunglasses.com |
| 185 | fashion-bestsellingsunglasses.com | fashion-bestsellingsunglasses.com |
| 186 | fashion-best-sellingsunglasses.com | fashion-best-sellingsunglasses.com |
| 187 | fashionbestselling-sunglasses.com | fashionbestselling-sunglasses.com |
| 188 | sunglasses-trendy-style.com | sunglasses-trendy-style.com |
| 189 | sunglassestrendystyle.com | sunglassestrendystyle.com |
| 190 | sunglasses-trendystyle.com | sunglasses-trendystyle.com |
| 191 | summer-polarizers-iconic.com | summer-polarizers-iconic.com |
| 192 | latest-fashion-polarizers.com | latest-fashion-polarizers.com |
| 193 | fashion-trending-style.com | fashion-trending-style.com |
| 194 | trending-polarizer-style.com | trending-polarizer-style.com |
| 195 | sunglass-trend-ystyle.com | sunglass-trend-ystyle.com |

| 196 | best-polarizers-style.com | best-polarizers-style.com |